1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. CR04-562RSL |
| SEON HWA KIM, | ORDER GRANTING EARLY TERMINATION OF PROBATION |
| Defendant. | |

This matter comes before the Court on defendant's "Motion for Early Termination of Probation" (Dkt. #5). Under 18 U.S.C. § 3564(c), the Court has the power to "terminate a term of probation previously ordered and discharge the defendant...after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." Defendant was sentenced to three years probation on October 4, 2004 for violations of 31 U.S.C. § 5313(a). Her full term of supervision is set to expire in 2007. Since being placed on probation, defendant has become gainfully employed, been fully compliant with all conditions of her supervision and has not had any problems involving substance abuse. The Court concludes that the conduct of the defendant and the interests of justice support an early termination of probation in this case.

ORDER GRANTING EARLY
TERMINATION OF PROBATION -1

1  Having considered the motion, IT IS HEREBY ORDERED that defendant's "Motion for
2  Early Termination of Probation" (Dkt. #5) is GRANTED.

4  DATED this 1st day of December, 2006

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING EARLY
TERMINATION OF PROBATION -2